```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/28/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ABDULLAH NURMATOV,

                Plaintiff,

-against-

THE CITY OF NEW YORK,
POLICE OFFICER KATHERINE OSIPOWICH,
POLICE OFFICER JASON BROWN,
UNIDENTIFIED NYC POLICE OFFICERS and
AN UNIDENTIFIED NYPD SERGEANT,

                Defendants.

25 Civ. 876 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated May 27, 2025, counsel for Plaintiff informed the Court that there has been a "complete breakdown of any communication" between himself and Plaintiff and that Plaintiff no longer wishes for counsel to represent him. ECF No. 12. Pursuant to Local Civil Rule 1.4, an attorney who moves to withdraw from a matter must include with his motion an affidavit explaining why he should be permitted to withdraw and whether he is asserting a retaining or charging lien. Counsel must further serve the motion and supporting papers on his client and file proof of such service on the docket. Accordingly:

1. By **June 4, 2025**, counsel for Plaintiff shall file his motion to withdraw, serve the motion and any supporting papers on Plaintiff, and file proof of such service on the docket. As Defendants have not yet appeared in this action, counsel is not required to serve them with his motion.

2. By **June 11, 2025**, Plaintiff shall indicate whether, assuming the Court grants his counsel leave to withdraw, he intends to retain substitute counsel or wishes to proceed *pro se*, that is, without legal representation. All papers to be filed with the Court by a *pro se* party must be delivered in person or sent by mail to the *Pro Se* Intake Unit, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007, or emailed to the *Pro Se* Intake Unit at ProSe@nysd.uscourts.gov.

SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge