USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/2/2025__

Fred Lichtmacher
The Law Office of Fred Lichtmacher P
159 West 25th Street Room 510
New York, NY 10001
(212) 922-9066

June 2, 2025

Judge Analisa Torres
Via ECF

Nurmatov v NYC et al 25-cv-00876-AT

Your Honor

    On May 27, 2025 I wrote to the Court requesting to withdraw as counsel for the plaintiff. The Court then Ordered me by June 4, 2025, to file my motion to withdraw. I respectfully request an additional 2 weeks to complete the process.

    I just finished a two week trial before Judge Sannes in the Northern District (19-678) and while I took a verdict for the Plaintiff, there is a complex qualified immunity issue I must brief immediately. The trial took ten days and I worked on the case for over six years for the six surviving children of the decedent, who was shot in the back and killed by a Syracuse police officer.

    I respectfully request a two week extension until June 18, 2025 to file my motion which I will of course immediately serve on Mr. Nurmatov. That will give me adequate time to address both matters. Also, if the Court grants my request the Plaintiff will still have, if even necessary, adequate time to once again file, as the statute of limitations still has approximately two years remaining.

Respectfully submitted

/s/

Fred Lichtmacher

cc:    Muriel Goode Trufant
        via email

GRANTED. By **June 25, 2025**, Plaintiff shall file the update described in the Court's May 28 order, ECF No. 13. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 12 and 14.

SO ORDERED.

Dated: June 2, 2025
      New York, New York

ANALISA TORRES
United States District Judge