```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
ABDULLAH NURMATOV,

                              Plaintiff,

        -against-                                              25 Civ. 876 (AT)

THE CITY OF NEW YORK,                                          ORDER
POLICE OFFICER KATHERINE OSIPOWICH,
POLICE OFFICER JASON BROWN,
UNIDENTIFIED NYC POLICE OFFICERS and
AN UNIDENTIFIED NYPD SERGEANT,

                              Defendants.
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/18/2025_

ANALISA TORRES, District Judge:

By order dated May 28, 2025, the Court directed counsel for Plaintiff to serve his motion to withdraw as counsel and supporting papers on his client and to file proof of service on the docket. ECF No. 13. Although counsel has filed his motion, ECF No. 16, he has not filed proof of service. By **June 20, 2025**, he shall file such proof.

SO ORDERED.

Dated: June 18, 2025
   New York, New York

ANALISA TORRES
United States District Judge