UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULLAH NURMATOV,

                Plaintiff,

-against-

THE CITY OF NEW YORK,
POLICE OFFICER KATHERINE OSIPOWICH,
POLICE OFFICER JASON BROWN,
UNIDENTIFIED NYC POLICE OFFICERS and
AN UNIDENTIFIED NYPD SERGEANT,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2025
```

25 Civ. 876 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 26, 2025, the Court granted Plaintiff's counsel's motion to withdraw and ordered Plaintiff to indicate whether he intends to retain substitute counsel or wishes to proceed *pro se* by July 11, 2025. ECF No. 19. Plaintiff's submission to the Court is now overdue. Accordingly, by **August 11, 2025**, Plaintiff shall file a letter indicating whether he will proceed with or without counsel in this case.

    The deadline for the parties to file their joint letter and proposed case management plan, *see* ECF No. 7, is ADJOURNED pending further order of the Court.

    All papers to be filed with the Court by a *pro se* party must be delivered in person or sent by mail to the *Pro Se* Intake Unit, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007, or emailed to the *Pro Se* Intake Unit at ProSe@nysd.uscourts.gov. If Plaintiff intends to proceed *pro se*, he is directed to review this Court's Individual Practices in Civil *Pro Se* Cases, located at nysd.uscourts.gov/hon-analisa-torres.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se* at 444 Avenue X, Apt. 7G, Brooklyn, NY 11223. *See* ECF No. 18.

SO ORDERED.

Dated: July 15, 2025
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge