UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ABDULLAH NURMATOV,

                Plaintiff,

-against-

THE CITY OF NEW YORK,
POLICE OFFICER KATHERINE OSIPOWICH,
POLICE OFFICER JASON BROWN,
UNIDENTIFIED NYC POLICE OFFICERS and
AN UNIDENTIFIED NYPD SERGEANT,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/18/2025_

25 Civ. 876 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to an inadvertent error, the Court's order dated July 15, 2025, ECF No. 20, was not mailed to Plaintiff *pro se*. Accordingly, by **September 15, 2025**, Plaintiff shall file a letter indicating whether he will proceed with or without counsel in this case. No further extensions will be granted absent exceptionally good cause shown.

    All papers to be filed with the Court by a *pro se* party must be delivered in person or sent by mail to the *Pro Se* Intake Unit, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007, or emailed to the *Pro Se* Intake Unit at ProSe@nysd.uscourts.gov. If Plaintiff intends to proceed *pro se*, he is directed to review this Court's Individual Practices in Civil *Pro Se* Cases, located at nysd.uscourts.gov/hon-analisa-torres.

    The Clerk of Court is respectfully directed to mail a copy of this order and the order at ECF No. 20 to Plaintiff *pro se* at 444 Avenue X, Apt. 7G, Brooklyn, NY 11223.

    SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge