```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/16/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ABDULLAH NURMATOV,

                Plaintiff,

-against-

THE CITY OF NEW YORK,
POLICE OFFICER KATHERINE OSIPOWICH,
POLICE OFFICER JASON BROWN,
UNIDENTIFIED NYC POLICE OFFICERS and
AN UNIDENTIFIED NYPD SERGEANT,

                Defendants.

25 Civ. 876 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 26, 2025, the Court granted a motion for Plaintiff's former counsel to withdraw and directed Plaintiff to indicate whether he intends to retain substitute counsel or wishes to proceed *pro se* by July 11, 2025. ECF No. 19. After receiving no submission from Plaintiff, the Court extended the deadline for Plaintiff's response to August 11, 2025, ECF No. 20, then again to September 15, 2025, ECF No. 21. In its August 18, 2025 order, the Court advised Plaintiff that no further extensions would be granted absent exceptionally good cause shown. *See id*. The Court has not received any submission from Plaintiff. Accordingly, the Court will assume Plaintiff is proceeding in this case *pro se*. Plaintiff is directed to review this Court's Individual Practices in Civil *Pro Se* Cases, located at nysd.uscourts.gov/hon-analisa-torres.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se* at 444 Avenue X, Apt. 7G, Brooklyn, NY 11223.

    SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge