UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ABDULLAH NURMATOV,

                                   Plaintiff,                               25-CV-00876 (AT)(SN)

        -against-                                             **ORDER**

THE CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 16, 2025, Judge Analisa Torres referred this case to my docket. ECF No. 23. Plaintiff filed his Complaint on January 30, 2025 (ECF No. 1) and the Summonses were issued on February 3, 2025 (ECF Nos. 9–11). At the time, Plaintiff was represented by attorney Fred Lichtmacher, however, Mr. Lichtmacher filed a motion to withdraw as counsel for Plaintiff following a "a complete breakdown" in communications with Plaintiff. ECF No. 16-1. The motion to withdraw as counsel was granted, and Plaintiff was directed to indicate whether he intended to retain substitute counsel or proceed *pro se* by July 11, 2025. ECF No. 19. The Court extended the deadline twice after Plaintiff failed to file a response. ECF Nos. 20 and 21. On October 16, 2025, after receiving no response from Plaintiff, the Court indicated that it would assume that Plaintiff is proceeding *pro se*.

       Given Plaintiff's non-responsiveness, it is unclear whether Plaintiff still wishes to continue this litigation. Accordingly, Plaintiff is ORDERED to file with the Court a brief letter indicating whether he intends to still prosecute this case by no later than October 31, 2025. If Plaintiff fails to comply with this Order, his case may be dismissed without prejudice for failure

to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff wishes to proceed with this case, he may do so without a lawyer. If Plaintiff does respond to this Order, the Court will next order that the Defendants be served with the Summons and Complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at 444 Avenue X, Apt. 7G, Brooklyn, NY 11223.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         October 17, 2025