UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ABDULLAH NURMATOV,

                    Plaintiff,

        -against-

THE CITY OF NEW YORK,
POLICE OFFICER KATHERINE OSIPOWICH,
POLICE OFFICER JASON BROWN,
UNIDENTIFIED NYC POLICE OFFICERS and
AN UNIDENTIFIED NYPD SERGEANT,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/9/2026

25 Civ. 876 (AT) (SN)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

        Plaintiff *pro se*, Abdullah Nurmatov, brings this action against Defendants, the City of New York, Police Officers Katherine Osipowich and Jason Brown, unidentified New York City Police Department ("NYPD") officers, and an unidentified NYPD sergeant, alleging claims of unjustified false arrest, use of excessive and unreasonable force, denial of medical care, and failure to intervene to prevent NYPD officers from violating Nurmatov's civil rights. *See generally* Compl., ECF No. 1. By order dated June 26, 2025, the Court granted Nurmatov's former counsel's motion to withdraw and directed Nurmatov to indicate whether he intends to retain substitute counsel or wishes to proceed *pro se* by July 11, 2025. ECF No. 19. Having received no submission from Nurmatov, by orders dated July 15 and August 18, 2025, the Court extended the deadline for Nurmatov to file his letter. *See* ECF Nos. 20, 21. On October 16, 2025, having still received no submissions from Nurmatov, the Court assumed that Nurmatov would proceed *pro se* and referred this action to the Honorable Sarah Netburn. ECF Nos. 22, 23. Each order was mailed to Nurmatov's address of record.

        After careful consideration, Judge Netburn issued a report (the "R&R") recommending that this action be dismissed without prejudice for Nurmatov's failure to prosecute his case. *See generally* R&R, ECF No. 25. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See id.* at 5; Fed. R. Civ. P. 72(b)(2). On December 29, 2025, the Court received notification that three of its previous orders were undeliverable to Nurmatov's address, and he has not updated his address with the Court. *See* 12/29/2025 ECF Entries; *see also St. Prix v. Sirius XM Satellite Radio*, No. 11 Civ. 1506, 2014 WL 405812, at *3 (S.D.N.Y. Jan. 29, 2014) ("[A]ll litigants, including pro se litigants like plaintiff, must keep the court apprised of their addresses, so orders, notices and other court documents can reach them."). Because no objection has been made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Netburn's thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS the R&R in its entirety.  Nurmatov's claims are dismissed without prejudice.  The Clerk of Court is respectfully directed to mail a copy of this order to Nurmatov's address of record and to close the case.

SO ORDERED.

Dated: January 9, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge

2